# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSANDRA MASON, a person who lacks legal capacity to make decisions, by and through her GUARDIAN AD LITEM, KAREN ARCHIBEQUE<br><br>Plaintiffs<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, and DOES ONE through ONE HUNDRED, inclusive<br><br>Defendants. | Case No. 1:20-cv-00859<br><br>**Order Granting Joint Stipulation And Demand For Independent Medical Examination**<br><br>**(ECF No. 17)** |

Defendant UNION PACIFIC RAILROAD COMPANY ("UPRR") and Plaintiff CASSANDRA MASON ("MASON"), by and through their respective counsel, have stipulated to an Independent Medical Examination. (ECF No. 17).

The Court being fully apprised, and good cause appearing, IT IS HEREBY ORDERED that the Joint Stipulation and Demand for Independent Medical Examination (ECF No. 17) is GRANTED, and Plaintiff MASON will present herself for a physical examination to be performed by Daniel V. Shalom, M.D., as set forth by the terms in the Joint Stipulation.
IT IS SO ORDERED.

Dated:  **August 3, 2021**            /s/ *Erica P. Grosjean*
                                                        UNITED STATES MAGISTRATE JUDGE

- 1 -