UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSANDRA MASON, | OLD CASE: 1:20-CV-00859 JLT-EPG |
| Plaintiff, | NEW CASE: 1:20-CV-00859 EPG |
| v. | ORDER ASSIGNING CASE RE PRESIDING JUDGE |
| UNION PACIFIC RAILROAD COMPANY, | |
| Defendant. | |

IT IS HEREBY ORDERED that the above-entitled action be assigned to the docket of Magistrate Judge ERICA P. GROSJEAN as Presiding Judge of the above entitled action. The parties have filed a Consent to Proceed before the assigned Magistrate Judge to conduct all further proceedings in this case, including trial and entry of final judgment.

## ALL FUTURE PLEADINGS SHALL BE

## NUMBERED AS FOLLOWS:

## 1:20-CV-00859 EPG

IT IS SO ORDERED.

Dated:   **January 24, 2022**

UNITED STATES DISTRICT JUDGE

1