**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CASSANDRA MASON, by and through her guardian ad litem Karen Archibeque, | No.  1:20-CV-0859-EPG |
| Plaintiff, | |
| v. | ORDER |
| UNION PACIFIC RAILROAD COMPANY, | |
| Defendant. | |

      Plaintiff, who is proceeding with retained counsel, brings this civil action. The matter has been referred to the undersigned to conduct a settlement conference. A settlement is set for March 17, 2022, at 9:30 a.m. in Redding, California, before the undersigned via Zoom. The parties are directed to each submit a confidential settlement conference statement <u>directly to chambers</u> no later than seven days prior to the settlement conference. These statements <u>shall not be filed</u>. Unless otherwise notified by the undersigned, counsel shall be accompanied by a person

/ / /

/ / /

/ / /

/ / /

/ / /

1

able to dispose of the case or be fully authorized to settle the matter on any terms.  See Local Rule 270(f)(1).

        IT IS SO ORDERED.

Dated:  February 2, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE