UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSANDRA MASON, a person who lacks legal capacity to make decisions, by and through her GUARDIAN AD LITEM, KAREN ARCHIBEQUE,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, and DOES ONE through ONE HUNDRED, inclusive,<br><br>Defendants. | Case No.  1:20-cv-00859-EPG<br><br><br>ORDER GRANTING JOINT STIPULATION AND DEMAND FOR NEUROPSYCHOLOGICAL EVALUATION<br><br>(ECF No. 32) |

Defendant, UNION PACIFIC RAILROAD COMPANY, and Plaintiff, CASSANDRA MASON, have stipulated, by and through their respective attorneys, that Plaintiff MASON will present herself for the purpose of a neuropsychological evaluation under Federal Rule of Civil Procedure No. 35.

Being fully apprised of the stipulation and the scope of the proposed examination, IT IS ORDERED that the Joint Stipulation (ECF No. 32) for a neuropsychological evaluation is hereby GRANTED. Plaintiff will present herself for the evaluation to be performed by Elliot Henderson, Ph.D. as set forth in the Joint Stipulation.

IT IS SO ORDERED.

Dated:  **February 18, 2022**              /s/ *Erica P. Grosjean*
                                                              UNITED STATES MAGISTRATE JUDGE

1