UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSANDRA MASON, *a person who lacks legal capacity to make decisions, by and through her guardian ad litem, Karen Archibeque*,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, and DOES ONE through ONE HUNDRED, inclusive,<br><br>Defendants. | Case No.  1:20-cv-00859-EPG<br><br><br>ORDER CONTINUING MARCH 8, 2023 STATUS CONFERENCE<br><br>(ECF No. 38) |

This matter is before the Court on the parties' joint status report filed in advance of the status conference set for March 8, 2023. (ECF No. 38). The parties state that they are still finalizing their settlement agreement and Plaintiff also needs to seek initial approval of the settlement in state court as required by Local Rule 202(b)(1). The parties request that a further status conference be scheduled in late-June to early-July of 2023.

Upon review of the parties' joint status report, IT IS ORDERED as follows:

1. The March 8, 2023 status conference is continued to July 10, 2023, at 10:30 a.m. The Court grants telephonic appearances, with each party wishing to so appear directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties shall file a joint status report no later than one week before the conference.

2. In seeking the Court's approval of the settlement agreement in a future application, Plaintiff is directed to review and comply with <u>all</u> applicable provisions of Local 202, including providing "appropriate evidence of the appointment of a representative for the minor or incompetent

1

person under state law" as required by Local Rule 202(a). Additionally, Plaintiff shall provide a copy of the applicable state court complaint, which was inadvertently omitted as an attachment from the notice of removal. (ECF No. 1).

IT IS SO ORDERED.

Dated:   **March 2, 2023**                                    /s/ Erica P. Grosjean
                                                                             UNITED STATES MAGISTRATE JUDGE